■ SYLVIA HERBERT, Appellant, v CITY OF NEW YORK et al.,
Respondents.—Appeal by the plaintiff from a judgment of the
Supreme Court, Kings County (Vinik, J.), entered October 30,
1989.

Ordered that the judgment is affirmed, with costs, for rea-
sons stated by Justice Vinik in the Supreme Court. Thompson,
J. P., Bracken, Rosenblatt and O'Brien, JJ., concur.